■ PETRA INTERNATIONAL BANKING CORP. v NATIONAL BANK OF SUDAN.—Wherein reargument is sought, motion granted, and upon reargument, plaintiff's appeal from order of Supreme Court, New York County, entered on or about October 2, 1991, is dismissed, and this Court's unpublished order (Appeal No. 45030) entered on April 9, 1992 is recalled and vacated; wherein leave to appeal to Court of Appeals is sought, motion denied. Concur—Rosenberger, J. P., Kupferman, Asch and Rubin, JJ.